**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PANLIANT FINANCIAL CORP., *et al.*,)
)
        Plaintiffs,          )    Case No. 2:12-cv-01376-PMP-CWH
)
vs.                                 )    **ORDER**
)
ISEE3D, INC., *et al.*,              )
)
        Defendants.       )
_____)

       This matter is before the Court on McCormick, Barstow, Sheppard, Wayte & Carruth, LLP's Motion to Withdraw as Counsel of Record for Plaintiffs (#18), filed on July 1, 2013. By way of the motion, Dylan P. Todd, Scott Chapman, Wade M. Hansard, and McCormick, Barstow, Sheppard, Wayte & Carruth, LLP request leave of the Court to withdraw as counsel of record for all Plaintiffs. The motion represents that they were retained due to the expertise of Scott Chapman, who is no longer with the firm. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion contains a certificate of mailing to the affected parties. Further, the movant established good cause for the withdrawal. The movant requests sixty days for Plaintiff to obtain new counsel, however, the Court will grant Plaintiffs thirty days to obtain new counsel.

       Based on the foregoing and good cause appearing therefore,

       **IT IS HEREBY ORDERED** that McCormick, Barstow, Sheppard, Wayte & Carruth, LLP's Motion to Withdraw as Counsel of Record for Plaintiffs (#18) is **granted with one modification**.

       **IT IS FURTHER ORDERED** that Panliant Financial Corporation and A.G. Solutions, Limited shall have **thirty (30) days** from the date of this order, until **August 1, 2013**, to advise the Court if they will retain new counsel. These Plaintiffs must retain new counsel if they intend to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High*

*Country Broad. Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiffs Panliant Financial Corporation and A.G. Solutions, Limited to the civil docket and serve them with a copy of this order:

    4430 Haggart Street
    Vancouver BC Canada V6L 2HB

Dated this 2nd day of July, 2013.

                                        **C.W. Hoffman, Jr.**
                                        **United States Magistrate Judge**