UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PANLIANT FINANCIAL CORPORATION, a Nevada corporation, ALAN G. SMITH, individually, A.G. SOLUTIONS LIMITED, a British Columbia Business Entity,<br><br>Plaintiffs,<br><br>vs.<br><br>ISEE3D, INC, British Columbia corporate entity, DWIGHT ROMANCIA, individually, MARK GEOHEGAN, individually, BAY MANAGEMENT LTD., a Florida Business Entity, ILYA SOROKIN, individually, TOM MITCHELL, individually, INXSYS INC., a British Columbia Business Entity individually, 1 through 10 DOE INDIVIDUALS and 11 through 20 ROE BUSINESS ENTITIES,<br><br>Defendants | 2:12-CV-01376-PMP-CWH<br><br><br><br><br><br>**ORDER** |

Before the Court for consideration is Defendant Mark Geohegan's fully briefed Motion to Dismiss Plaintiffs' Amended Complaint (Doc. #28) filed August 8, 2013.

In its Response (Doc. #31) Plaintiffs agree to dismiss Cause of Action Eleven for Breach of Contractual Financial Duty, and Cause of Action Twelve for Breach of Fiduciary Duty as Financial Officer and/or Director as to Defendant Geohegan.  Additionally, having considered the fully briefed Motion before the Court, the Court finds that Plaintiffs have failed to allege a viable claim for relief for Constructive Trust and Unjust Enrichment (Cause of Action Eight) as to

Defendant Geohegan. The Court further finds that Defendant Geohegan has otherwise failed to show entitlement to relief on his Motion to Dismiss.

**IT IS THEREFORE ORDERED** that Defendant Geohegan's Motion to Dismiss (Doc. #28) is GRANTED as to Plaintiffs' Causes of Action Eight, Eleven, and Twelve, and is DENIED in all other respects.

DATED: December 9, 2013.

_____
PHILIP M. PRO
United States District Judge