# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PANLIANT FINANCIAL CORP., *et al.*,  )
                                       )
                Plaintiffs,  )    Case No.: 2:12-cv-01376-PMP-CWH
                                       )
vs.                                    )    **SCHEDULING ORDER**
                                       )
ISEE3D, Inc., *et al.*,             )
                Defendants.  )

This matter is before the Court on Plaintiffs' Motion to Extend Discovery Deadlines (doc. # 82), filed October 8, 2014. No opposition was filed to Plaintiffs' motion.

The Court, having reviewed Plaintiffs' motion, finds good cause to grant the extension sought. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Discovery Deadlines (doc. # 82) is **granted** with the following modifications:

1. Discovery cutoff                                     **February 20, 2015**
2. Expert designations                                  **December 22, 2014**
3. Rebuttal expert designations                   **January 21, 2015**
4. Interim status report                                 **December 22, 2014**
5. Dispositive motions                                    **March 23, 2015**
6. Pretrial order                                              **April 21, 2015**

**IT IS FURTHER ORDERED** that any other motions to extend the discovery deadlines will not be allowed without a showing of good cause as to why all discovery was not completed within the time allotted. All motions or stipulations to extend discovery shall be received by the Court at least **twenty-one (21) days** prior to the date fixed for completion of discovery or at least **twenty-one**

1  **(21) days** prior to the expiration of any extension thereof that may have been approved by the Court.

2  The motion or stipulation shall include:

3  1. A statement specifying the discovery completed by the parties as of the date of the motion or stipulation;

4  2. A specific description of the discovery which remains to be completed;

5  3. The reasons why such remaining discovery was not completed within the time limit of the existing discovery deadline; and,

7  4. A proposed schedule for the completion of all remaining discovery.

8  **IT IS FURTHER ORDERED** that if no dispositive motions have been filed within the time frame specified in this Order, then the parties shall file a written, jointly proposed Pretrial Order by **April 21, 2015**. If dispositive motions are filed, then the parties shall file a written, jointly proposed Pretrial Order within 30 days of the date the Court enters a ruling on said dispositive motions.

DATED: November 10, 2014

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**

- 2 -