UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PANLIANT FINANCIAL CORPORATION, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) 2:12-CV-01376-PMP-CWH |
| v. | )<br>) <u>ORDER</u> |
| ISEE3D, Inc., et al., | )<br>) |
| Defendants. | )<br>) |

The undersigned having announced his intention to retire from the bench effective January 23, 2015, and good cause appearing,

IT IS ORDERED that this action is hereby referred to the Honorable Gloria M. Navarro, Chief United States District Judge, for the purpose of random reassignment to a new judge. There currently are no pending motions in this case.

DATED: January 15, 2015

_____
PHILIP M. PRO
United States District Judge