UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PANLIANT FINANCIAL CORPORATION *et al,* | )<br>) Case No.: 2:12-cv-01376-RFB-CWH<br>) |
| Plaintiffs,<br>vs. | ) **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE CARL W. HOFFMAN**<br>) |
| ISEE3D, INC. *et al*, | )<br>) |
| Defendant. | )<br>) |

Before the Court for consideration is the Report and Recommendation (ECF No. 124) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered July 28, 2015.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by August 14, 2015.  No objections have been filed.   The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s).

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 124) is **ACCEPTED and ADOPTED in full.**

**IT IS ORDERED** that (ECF No. 117) Plaintiffs' Motion for Sanctions is **granted in part and denied in part**.  A default shall be entered against Romanica.

**IT IS FURTHER ORDERED** that (ECF. No 114) Plaintiffs' Motion for Attorney's Fees is **denied**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation.

DATED this 4th day of September, 2015.

_____
RICHARD F. BOULWARE, II
United States District Court