SYLVESTER & POLEDNAK, LTD.
ALLYSON R. NOTO, ESQ.
Nevada Bar No. 8286
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205
Allyson@SylvesterPolednak.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PANLIANT FINANCIAL CORPORATION, a Nevada Corporation, ALAN G. SMITH, individually, A.G. SOLUTIONS LIMITED, a British Columbia Business Entity,<br><br>Plaintiffs,<br><br>v.<br><br>ISEE3D, INC., a British Columbia Corporate Entity, DWIGHT ROMANICA, individually, MARK GEOHEGAN, individually, BAY MANAGEMENT LTD., a Florida Business Entity, ILYA SOROKIN, individually, TOM MITCHELL, individually, INXSYS INC., a British Columbia Business Entity individually, 1 through 10 DOE INDIVIDUALS AND 11 through 20 ROE BUSINESS ENTITIES,<br><br>Defendants. | Case No.:   2:12-cv-01376-PMP-CWH<br><br><br>[PROPOSED] **DEFAULT JUDGMENT AGAINST DEFENDANT DWIGHT ROMANICA** |

THIS MATTER having come before the Court pursuant to Plaintiffs' Application for Default Judgment Against Defendant DWIGHT ROMANICA (the "Application"), and the Court having reviewed the pleadings and papers submitted in support thereof and having granted the Application in its entirety, now therefore,

**IT IS HEREBY ORDERED** that judgment is entered against Defendant DWIGHT ROMANICA ("ROMANICA") as follows:

1. Plaintiffs are hereby awarded actual and treble damages against Defendant ROMANICA in the total amount of $8,898,184.80 based upon the claims made against ROMANICA.

2. Plaintiffs are hereby awarded its costs incurred in the prosecution of this action against Defendant ROMANICA in an amount to be calculated and verified by a bill of costs and disbursements within 14 days of the entry of this judgment, pursuant to LR 54-1.

3. Plaintiffs are awarded prejudgment interest and statutory interest in an amount to be calculated after the entry of judgment, pursuant to N.R.S. § 17.130

4. Plaintiffs are awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

IT IS SO ORDERED.

DATED this 11th day of August, 2016.

RICHARD F. BOULWARE, II
United States District Judge

Prepared and submitted by,

SYLVESTER & POLEDNAK, LTD.

By_____
Allyson R. Noto, Esq.
1731 Village Center Circle
Las Vegas, Nevada 89134